# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| XODUS MEDICAL INC., et al. v. G&T INDUSTRIES, INC. | CIVIL ACTION NO. 16-5850 |
|---|---|

## ORDER

And NOW, this 24th day of July 2017, it is hereby **ORDERED** that Defendant's Motion (ECF No. 15) is **GRANTED** with regard to transfer to the Western District of Pennsylvania, and the Clerk of Court is directed to transmit all papers to the Clerk of Court in the Western District of Pennsylvania.

**BY THE COURT:**

**/s/ Wendy Beetlestone FOR:**
**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-5850, Xodus v. G&T Industries\Order Re Motion to Transfer.docx